UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ADLIFE MARKETNG & COMMUNICATIONS,
CO., INC.,
    *Plaintiff*,

v.                                  C.A. No. 1:16-cv-11828-MBB

CHAR-BROIL, LLC,
    *Defendant*.

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure Plaintiff, Adlife Marketing & Communications, Co., Inc., by and through its counsel, hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice, against Defendant Char-Broil, LLC.

                              Respectfully submitted,

                              ADLIFE MARKETNG & COMMUNICATIONS,
                              CO., INC.,
                              By Its Attorney,

                              /s/ Chip Muller
                              Chip Muller, Esq. (BBO # 672100)
                              Muller Law, LLC
                              155 South Main Street, Suite 101
                              Providence, RI 02903
                              (401) 256-5171 (ph.)
                              (401) 256-5025 (fax)
                              chip@mullerlaw.com

October 24, 2016